IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODNEY CROSBY                                                                                            PETITIONER
ADC #141905

V.                                           NO. 5:09cv00150 JMM-JWC

LARRY NORRIS, Director,                                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254 action is hereby stayed and held in abeyance pending a decision by the Arkansas Supreme Court on Petitioner's appeal of the denial of his state petition for writ of error *coram nobis*. Petitioner is directed to request, within thirty (30) days of a final decision by the Arkansas Supreme Court, that the stay be lifted so that this action can proceed.

IT IS SO ORDERED this 29th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE