IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODNEY CROSBY                                                                                    PETITIONER
ADC #141905

V.                                              NO. 5:09cv00150 JMM

LARRY NORRIS, Director,                                                                        RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendation are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 2) is hereby dismissed in its entirety, with prejudice. Furthermore, a certificate of appealability shall be denied, as Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2); Rule 11, Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE