IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODNEY CROSBY                                                                                   PETITIONER
ADC #141905

V.                                    NO. 5:09cv00150 JMM

LARRY NORRIS, Director,                                                                         RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE